UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIKETA LASHUN SHERRILL,

    Plaintiff,

v.                                Case No. 8:22-cv-2119-TPB-AEP

OFFICER BROOKS, *et al.*,

    Defendants.

_____/

### ORDER

Sherrill was ordered (Doc. 4) either to pay the required $402 filing fee or to request leave to proceed *in forma pauperis*. He was advised that his failure to comply with the order would result in the dismissal of his action without further notice. The deadline has passed without Sherrill's response to the order, which, apparently delivered to Sherrill, was not returned as undelivered.

This action is **DISMISSED** without prejudice because Sherrill has failed to respond as ordered. (Doc. 4) The clerk must close this case.

ORDERED in Tampa, Florida, on 12/20, 2022.

THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE